ACCEPTED
05-14-00671-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/27/2015 11:01:38 AM
LISA MATZ
CLERK

## NO. 05-14-00671-CR

### IN THE COURT OF APPEALS
### FOR THE FIFTH DISTRICT OF TEXAS
### AT DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/27/2015 11:01:38 AM
LISA MATZ
Clerk

### WILLIAM GERARD PALMER,
### Appellant

### v.

### THE STATE OF TEXAS,
### Appellee

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, by and through the Criminal District Attorney of Dallas County, respectfully requests that the time for filing the State's brief be extended by thirty (30) days. *See* Tex. R. App. P. 38.6(d). In support of this motion, the State would show the following:

Appellant pleaded not guilty to capital murder in Cause No. F12-00445. The jury found Appellant guilty and the Court sentenced him to confinement for life in the Institutional Division of the Texas Department of Criminal Justice.

After receiving two extensions, Appellant's brief was filed on February 17, 2015. The deadline for filing the State's brief was March 19, 2015. This Court has not yet set this case for submission.

1

Due to the undersigned attorney's existing appellate docket, writ docket, and capital docket, and in order to allow time for review and editing, the State requests an extension of time of thirty (30) days, that is, up to and including, April 20, 2015, in which to file its brief.  No previous extensions have been requested by the State in this case.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the time for filing its brief be extended until April 20, 2015.

Respectfully submitted,

**Susan Hawk**
**Criminal District Attorney**
Dallas County

**Christine Womble**
**Assistant District Attorney**
State Bar No. 24035991
Frank Crowley Courts Bldg
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625 *phone*
(214) 653-3643 *fax*

### CERTIFICATE OF SERVICE

I certify that a true copy of this motion was served on Appellant's attorney, Douglas H. Parks, Attorney at Law, 321 Calm Water Lane, Holly Lake Ranch, Texas, 75765, by e-service, on March 27, 2015.

Christine Womble